# In the United States District Court
# For the Northern District of Alabama

Delmasha Williams

**Plaintiff(s)**

vs.

New South Federal Savings Bank

**Defendant(s)**

**SUMMONS**

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

CIVIL ACTION CASE NUMBER:

CV-05-BE-1263-S

TO DEFENDANT  New South Federal Savings Bank
(Name and Address)
210 Automation Way, Bham, AL 35242

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Jeffrey W. Bennitt & Associates, LLC
4898 Valleydale Road, Suite A-3
Birmingham, AL 35242
(205) 408-7240

a response to the comp........ ........ .. ... ... upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 6-9-05

PERRY D. MATHIS, CLERK
By: _____
Deputy Clerk
(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE:  A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue, North
Birmingham, AL 35203